## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DARCEY TY CHAPMAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-23-514-F |
| | ) | |
| THE WHITE HOUSE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation (Report) on June 29, 2023, recommending the court deny plaintiff's motion to proceed *in forma pauperis* and dismiss plaintiff's complaint. In the Report, Magistrate Judge Erwin advised plaintiff of his right to file an objection by July 17, 2023, and further advised plaintiff that failure to make timely objection to the Report waives the right to appellate review of both factual and legal questions therein contained.

To date, plaintiff has neither filed an objection to the Report nor requested an extension of time to file one. With no objection being timely filed, the court accepts, adopts, and affirms the Report in its entirety.

Accordingly, the Report (doc. no. 6) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. Plaintiff's motion to proceed *in forma pauperis* (doc. no. 2) is **DENIED**. Plaintiff's complaint is **DISMISSED**. Judgment will issue separately.

DATED this 1ˢᵗ day of August, 2023.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

23-0514p001.docx